**ORIGINAL**

POS-010

| ATTORNEY OF PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| MATTHEW J. HAFEY   167122 <br> NEMECEK & COLE === <br> 15260 VENTURA BLVD., SUITE 920 <br> SHERMAN OAKS, CA 91403 <br> TELEPHONE: (818) 788-9500 <br> ATTORNEY FOR: PLAINTIFF | **FILED** <br> FEB 19 2008 <br> RICHARD W. WIEKING <br> CLERK, U.S. DISTRICT COURT <br> NORTHERN DISTRICT OF CALIFORNIA |

USDC-SAN FRANCISCO
  STREET ADDRESS: per rule 2.150 (a)(8):
  MAILING ADDRESS: the address of the court is not required
  CITY AND ZIP CODE:
  BRANCH NAME:

PLAINTIFF/PETITIONER: JAMES RIVER INSURANCE
DEFENDANT/RESPONDENT: LAW OFFICES OF JAMES SELTZER

CASE NUMBER:
C 08-00784 WHA
Clt. Ref. or File No.:
1896.016

**PROOF OF SERVICE OF SUMMONS**
(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL CASE COVER SHEET; CERTIFICATION OF
   INTERESTED PARTIES FILED BY PLAINTIFF JRIC; ORDER SETTING INITAL CASE
   MANAGEMENT CONFERENCE IN CIVIL CASE BEFORE JUDGE WILLIAM ALSUP; STANDING
   ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF
   AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; U.S. DISTRICT
   COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO
   THE U.S. DISTRICT COURT, SAN FRANCISCO GUIDELINES

3.  a. [XX] Party served
        JAMES JAY SELTZER, AN INDIVIDUAL

    b. [XX] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not
        a person under item 5b on whom substituted service was made) (specify name and relationship to the party
        named in item 3a):
        ANN BARNETT, Agent
        (authorized to receive service of process)

4. Address where the party was served: 3300 POWELL STREET, SUITE 201
                                        EMERYVILLE, CA 94608

5. I served the party (check proper box)
    a. [XX] by personal service. I personally delivered the documents list in item 2 to the party or person authorized
        to receive service of process for the party (1) on (date): 02/13/08 (2) at (time): 12:50 PM.

    (4) [__] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be
         served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the documents
         on (date):          from (city):              or [__] a declaration of mailing is attached.
    (5) [__] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Computer-generated form <br> Judicial Council of California <br> POS-010 (Rev. January 1, 2007)   GO: 17 cmoreno | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, 417.10 |
|---|---|---|


AX0217080218580

| | |
|---|---|
| PLAINTIFF/PETITIONER: JAMES RIVER INSURANCE | CASE NUMBER: |
| DEFENDANT/RESPONDENT: LAW OFFICES OF JAMES SELTZER | C 08-00784 WHA |

    c. [ ] by mail and acknowledgment of receipt of service, I mailed the documents listed
        in item 2 to the party, to the address shown in Item 4, by first-class mail,
        postage prepaid.

        (1) on (date):        (2) from (city):
        (3) [ ] with two copies of the Notice and Acknowledgment of Receipt (form 982(a)(4))
            and a postage paid return envelope addressed to me. (Attach completed
            Notice and Acknowledgement of Receipt (form 982(a)(4).) (Code of Civ.
            Proc., 415.30).)

        (4) [ ] to an address outside California with return receipt requested.
            (Code Civ. Proc., 415.40)
    d. [ ] by other means specify means of service and authorizing code section):

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. [XX] as an individual defendant.
    b. [ ] as the person sued under the fictitious name of (specify):

    c. [ ] as occupant.
    d. [XX] on behalf of:
        JAMES JAY SELTZER, AN INDIVIDUAL

        under the following Code of Civil Procedure section:
        [ ] CCP 416.10 (corporation)        [ ] 416.60 (minor)
        [ ] 416.20 (defunct corporation)        [ ] 416.70 (ward or conservatee)
        [ ] 416.30 (joint stock or company association)    [ ] 416.90 (authorized person)
        [ ] 416.40 (association or partnership)        [ ] 415.46 (occupant)
        [ ] 416.50 (public entity)        [ ] other:
        [ ] CCP 415.95 (business organization, form unknown)

7. Person who served papers
    a. Name: G. SMITH
    b. Address: 7124 Owensmouth Ave., # 106, Canoga Park CA 91303
    c. Telephone number: (818) 763-6931
    d. The fee for service was: $ 46.95 (recoverable under CCP1033.5(a)(4)(B))
    e. I am:
        (1) [ ] not a registered California process server.
        (2) [ ] exempt from registration under Business and Professions Code
            Section 22350(b).
        (3) [XX] registered California process server:
            (i) [ ] Owner  [ ] Employee  [XX] Independent contractor.
            (ii) Registration No.: 1014
            (iii) County: ALAMEDA

8. [XX] I declare under penalty of perjury under the laws of the State of California that
     the foregoing is true and correct.
    or
9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 02/14/08

  G. SMITH
_____  _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)  (SIGNATURE)

Page 2 of 2

| | | |
|---|---|---|
| Computer-generated form | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, 417.10 |
| Judicial Council of California | | |
| POS-010 (Rev. January 1, 2007)  GO: 17 | | |

ORIGINAL

POS-010

ATTORNEY OF PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
MATTHEW J. HAFEY   167122
NEMECEK & COLE ===
15260 VENTURA BLVD., SUITE 920
SHERMAN OAKS, CA 91403
  TELEPHONE: (818) 788-9500
  ATTORNEY FOR: PLAINTIFF
  USDC-SAN FRANCISCO
  STREET ADDRESS: per rule 2.150 (a)(8):
  MAILING ADDRESS: the address of the court is not required
  CITY AND ZIP CODE:
  BRANCH NAME:

FOR COURT USE ONLY
FILED
FEB 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: JAMES RIVER INSURANCE
DEFENDANT/RESPONDENT: LAW OFFICES OF JAMES SELTZER

CASE NUMBER:
C 08-00784 WHA
Clt. Ref. or File No.:
1896.016

**PROOF OF SERVICE OF SUMMONS**
(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL CASE COVER SHEET; CERTIFICATION OF INTERESTED PARTIES FILED BY PLAINTIFF JRIC; ORDER SETTING INITAL CASE MANAGEMENT CONFERENCE IN CIVIL CASE BEFORE JUDGE WILLIAM ALSUP; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO GUIDELINES

3. a.[XX] Party served
      LAW OFFICE OF JAMES JAY SELTZER

   b.[XX] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
      ANN BARNETT, AGENT
      (authorized to receive service of process)

4. Address where the party was served: 3300 POWELL STREET, SUITE 201
                                        EMERYVILLE, CA 94608

5. I served the party (check proper box)
   a. [XX] by personal service. I personally delivered the documents list in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 02/13/08 (2) at (time): 12:50 PM.

   (4) [__] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the documents on (date):    from (city):        or [__] a declaration of mailing is attached.
   (5) [__] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Computer-generated form
Judicial Council of California
POS-010 (Rev. January 1, 2007)   GO: 17 cmoreno

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, 417.10


AX0217080218573

| | |
|---|---|
| PLAINTIFF/PETITIONER: JAMES RIVER INSURANCE<br>DEFENDANT/RESPONDENT: LAW OFFICES OF JAMES SELTZER | CASE NUMBER:<br>C 08-00784 WHA |

    c. [___] by mail and acknowledgment of receipt of service, I mailed the documents listed
        in item 2 to the party, to the address shown in Item 4, by first-class mail,
        postage prepaid.

       (1) on (date):       (2) from (city):
       (3) [___] with two copies of the Notice and Acknowledgment of Receipt (form 982(a)(4)
           and a postage paid return envelope addressed to me. (Attach completed
           Notice and Acknowledgement of Receipt (form 982(a)(4).) (Code of Civ.
           Proc., 415.30).)

       (4) [___] to an address outside California with return receipt requested.
           (Code Civ. Proc., 415.40)
    d. [___] by other means specify means of service and authorizing code section):

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. [___] as an individual defendant.
    b. [___] as the person sued under the fictitious name of (specify):

    c. [___] as occupant.
    d. [XX] on behalf of:
           LAW OFFICE OF JAMES JAY SELTZER

       under the following Code of Civil Procedure section:
       [XX] CCP 416.10 (corporation)        [___] 416.60 (minor)
       [___] 416.20 (defunct corporation)      [___] 416.70 (ward or conservatee)
       [___] 416.30 (joint stock or company association)  [___] 416.90 (authorized person)
       [___] 416.40 (association or partnership)    [___] 415.46 (occupant)
       [___] 416.50 (public entity)           [___] other:
       [___] CCP 415.95 (business organization, form unknown)

7. Person who served papers
    a. Name: G. SMITH
    b. Address: 7124 Owensmouth Ave., # 106, Canoga Park CA 91303
    c. Telephone number: (818) 763-6931
    d. The fee for service was: $   126.95   (recoverable under CCP1033.5(a)(4)(B))
    e. I am:
       (1) [___] not a registered California process server.
       (2) [___] exempt from registration under Business and Professions Code
           Section 22350(b).
       (3) [XX] registered California process server:
           (i) [___] Owner  [___] Employee  [XX] Independent contractor.
           (ii) Registration No.: 1014
           (iii) County: ALAMEDA

8. [XX] I declare under penalty of perjury under the laws of the State of California that
    the foregoing is true and correct.
    or
9. [___] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 02/14/08

  G. SMITH
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        (SIGNATURE)

| | | |
|---|---|---|
| Computer-generated form<br>Judicial Council of California<br>POS-010 (Rev. January 1, 2007)  GO: 17 | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, 417.10 |