Jess B. Millikan, SBN 95540
E-mail: jess.millikan@bullivant.com
C. Todd Norris, SBN 181337
E-mail: todd.norris@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108-2823
Telephone:   (415) 352-2700
Facsimile:    (415) 352-2701

Attorneys for Defendant James Jay Seltzer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, an Ohio corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LAW OFFICES OF JAMES JAY SELTZER, a business entity form unknown, JAMES JAY SELTZER, an individual,<br><br>　　　　　　Defendants. | Case No.: CV 08-00784 WHA<br><br>**STIPULATION TO ENLARGE TIME TO ANSWER COMPLAINT** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 6-1(a) the undersigned parties stipulate and agree that defendant James Jay Seltzer (dba "Law Offices of James Jay Seltzer") shall have until and including April 1, 2008 to file an answer to plaintiff's complaint. This Stipulation does not affect any scheduling dates presently set by the Court.

**IT IS SO STIPULATED:**

///

///

///

///

– 1 –
STIPULATION TO ENLARGE TIME TO ANSWER COMPLAINT

1  DATED: March 28, 2008                    NEMECEK & COLE

2

3                                                          /s/
                                            By _____
4                                              Jonathan B. Cole
                                               Matthew J. Hafey
5
                                            Attorneys for Plaintiff James River Insurance
6                                           Company

7

8  DATED: March 28, 2008                    BULLIVANT HOUSER BAILEY PC

9

10                                          By _____
                                               Jess B. Millikan
11                                             C. Todd Norris

12                                          Attorneys for Defendant James Jay Seltzer

13  10482661.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28