United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES RIVER INSURANCE COMPANY,      No. C 08-0784 WHA

         Plaintiff,

  v.      **CLERK'S NOTICE RESCHEDULING HEARING**

LAW OFFICES OF JAMES SELTZER, et al.,

         Defendant.
_____/

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

     YOU ARE NOTIFIED THAT because the Court will be trial, the case management conference previously set for May 22, 2008 at 11:00 a.m. has been rescheduled for **May 22, 2008 at 3:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: May 9, 2008           FOR THE COURT,

         Richard W. Wieking, Clerk
         By: _____
         Dawn Toland
         Courtroom Deputy to the
         Honorable William Alsup