**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 22, 2008

Case No.  C 08-00784 WHA

Title: JAMES RIVER INS  v. LAW OFFICES OF JAMES J. SELTZER

Plaintiff Attorneys: Matthew Hafey

Defense Attorneys: Jess Millikan

Deputy Clerk:  Dawn Toland

Court Reporter: Jim Yeomans

**PROCEEDINGS**

1)   CMC - HELD

2)   

Complete Initial Disclosures (Rule 26): 5/31/08

Discovery Cutoff: 12/26/08

Designation of Experts: 12/26/08

Last Day to File Motion: 2/12/09


Continued to _ for Further Case Management Conference

Continued to  4/28/09 at 2:00 pm  for Pretrial Conference

Continued to  5/4/09 at 7:30 am  for Jury Trial

**ORDERED AFTER HEARING:**

Parties shall complete private mediation by 8/11/08.